BEFORE THE THIRD DIVISION, JANUARY 29, 1951

**No. 55182.**—Alfred Mazer et al. *v.* United States, protests 153043–K, etc. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of live birds similar in all material respects to those the

subject of *Alfred Mazer* v. *United States* (25 Cust. Ct. 67, C. D. 1265), the claim of the plaintiffs was sustained.